AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

Scott Lee Braun, et al (2:29-cv-5050)
Allen D. Bishop, et al. (2:20-cv-3052),
*Plaintiff*
v.
Coulter Ventures, LLC d/b/a Rogue Fitness, et al.
*Defendant*

Civil Action No.  2:19-cv-5050 & 2:20-cv-3052

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:  Judgment is entered pursuant to the Order issued by this Court on June 9, 2023.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date:  06/09/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*